UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,

        Plaintiff,

vs.                                         Case No: 22-cv-62262-WPD

PERRY, PERRY, WOONTON, a General
Partnership, and MIYI LA CUBANITA
CUBAN CAFÉ INC,

        Defendant(s).

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice as to Defendant MIYI LA CUBANITA CUBAN CAFE INC. [DE 48] (the "Stipulation"), filed on August 30, 2023. The Court has carefully considered the Stipulation and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 48] is hereby **APPROVED**.

2. Defendant MIYI LA CUBANITA CUBAN CAFE INC. is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees, except as otherwise agreed.

3. This case remains open and pending as to the remaining Defendant PERRY, PERRY, WOONTON.

4. Within fourteen (14) days, Plaintiff shall either move for default judgment against Defendant PERRY, PERRY, WOONTON. *See* [DE 28] at ¶2.

       **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this

31st day of August, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record